UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHNNA PRICE JONES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:17-CV-91-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. Plaintiff's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 17] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on February 7, 2018, and Copies To:**
| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Kyu-Eun Lee | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: <br> February 7, 2018 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Nicole Briggeman <br> Deputy Clerk |